# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOREEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>THELMA YOUNG, D.D.S.,<br><br>            Defendant. | 1:10-cv-01829-LJO-GSA-PC<br><br>ORDER DENYING MOTION FOR COURT ORDER<br>(Doc. 22.) |

James Moreen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 5, 2010. (Doc. 1.) This case now proceeds on the First Amended Complaint filed on December 3, 2012, against defendant Thelma Young ("Defendant") on Plaintiff's medical claim. (Doc. 14.) On December 12, 2013, Defendant filed a motion to dismiss, which is pending. (Doc. 24.)

On October 30, 2013, Plaintiff filed a motion for a court order requiring Defendant and her counsel to provide Plaintiff with copies of their credentials, work history, and bar licenses. (Doc. 22.) Plaintiff asserts that "by law, I have the right to know who I am dealing with." (Id. at 1.)

Plaintiff cites no authority in support of his argument and fails to show good cause for the court to issue the order he seeks. To the extent that Plaintiff seeks discovery, discovery is

not yet open in this case.  As a rule, the court shall issue an order opening discovery after one of the defendants files an Answer to the complaint.  In this case, Defendant has not yet filed an Answer.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a court order, filed on October 30, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   **January 16, 2014**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE